Court of Appeals
13th District of Texas

Ex Parte § Cause # 13-13-00544-CR

Markus Antonius Green § 13-13-00545-CR

RECEIVED IN -CR
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

§

§

## Notice of Appeal to the Texas Supreme Court

My name is Markus Antonius Green and I am appealing the Denial of my "challenge to the constitutionality of Texas statutes" form that was filed to challenge Texas occupations codes §§ 165.152 revised, and 165.153(1) and (2) and carried with the above causes on September 24, 2014 and Denied by the 13th court of appeals Texas on March 12th, 2015. The Texas Supreme court has jurisdiction to hear challenges to a Texas statute on appeal and I hereby give notice of my intent to file appeal denial.

Signed on this 24th day of March 2015

By: Markus A. Green # 1118715

FILED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk